IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH COMBS AND MARITA COMBS,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES-5,<br><br>    Defendants. | CV 20–87–M–DLC<br><br><br>ORDER |

Before the Court is the parties' Joint Motion to Stay All Proceedings Pending Mediation. (Doc. 6.) Finding good cause,

IT IS ORDERED that this matter is stayed pending the mediation set for September 17, 2020.

IT IS FURTHER ORDERED that the parties are to file a joint status report by September 21, 2020 to advise whether this case has been resolved or whether the Court should set a preliminary pretrial conference.

DATED this 8th day of July, 2020.

_____
Dana L. Christensen, District Judge
United States District Court