IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KENNETH COMBS AND MARITA COMBS,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1-5,<br><br>Defendants. | CV 20–87–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 11.) Accordingly,

IT IS ORDERED that above captioned case is DISMISSED with prejudice as fully settled on the merits, each party to bear their own costs and attorneys' fees.

DATED this 13th day of October, 2020.

_____
Dana L. Christensen, District Judge
United States District Court